UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF JANUARY AND FEBRUARY, 2011, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the months of January and February, 2011. Counsel will be notified when their case reaches No. 5. After such notice, counsel should be prepared to begin trial any time on **48 hours notice**. It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket. Unless otherwise notified, this Court commences trial at 8:45 a.m. PLEASE BE PROMPT!

1. 09-14418 CIGNET LLC, ET.AL V. KRIPLI
2. 09-14890 EXPERI-METAL V. COMERICA BANK
3. 10-10079 FIELDS V. RAINBOW REHABILITATION CENTERS, ET.AL
4. 10-10322 NORDMAN V. STATE FARM MUTUAL AUTOMOBILE INSURANCE
5. 10-12406 NERGER V. TUBBY SUB SHOPS
6. 09-13734 VIED V. CONTINENTAL TIRE NORTH AMERICA
7. 10-11715 QUARELLS V. MEIJER RETAIL STORE, ET.AL
8. 10-12848 SIMAAN V. WELLS FARGO BANK NA
9. 09-12868 CARTER, ET.AL V. AMERITECH SERVICES
10. 10-10967 REGAN V. FAURECIA AUTOMOTIVE SEATING
11. 10-10252 SANFORD V. STANDARD FEDERAL BANK
12. 10-12336 TALERICO V. GMAC MORTGAGE, ET.AL

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: December 8, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 8, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE THE FINAL PRETRIAL CONFERENCE DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 7 DAYS AFTER ANY DECISION ON SUCH MOTION.**