UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CASE NO. 09-12868

CECIL CARTER, ET.AL,

-V-

AMERITECH SERVICES, INC.,

    Defendant(s).
_____/

ORDER GRANTING MOTION

At a session of said Court, held in the U.S. District Courthouse, Eastern District of Michigan, on February 11, 2011.

This matter is before the Court on Defendant's Motion To Enforce Settlement Agreements. For the reasons stated on the record on February 10, 2011;

IT IS ORDERED that the Motion to Enforce Settlement Agreements be and the same is hereby GRANTED.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: February 11, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 11, 2011, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager