IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CECIL CARTER, MARTI CARTER,
and ISAAC THREATT,

    Plaintiffs,

v.

AMERITECH SERVICES, INC. d/b/a
AT&T MIDWEST SERVICES,

    Defendant.

Case No. 09-cv-12868
Judge Patrick J Duggan
Magistrate Mona K. Majzoub

| | |
|---|---|
| KATHLEEN L. BOGAS (P25164) | RICHARD M. TUYN (P29091) |
| BRIAN E. KONCIUS (P69278) | MARTIN C. BROOK (P55946) |
| Law Offices of Kathleen L. Bogas, PLLC | Ogletree, Deakins, Nash, Smoak & Stewart, PLLC |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 31700 Telegraph Road, Suite 160 | 33 Bloomfield Hills Parkway, Suite 120 |
| Bingham Farms, Michigan  48025 | Bloomfield Hills, Michigan 48304 |
| (248) 502-5000 | (248) 593-6400 |
| office@kbogaslaw.com | richard.tuyn@ogletreedeakins.com |
| | martin.brook@ogletreedeakins.com |

## STIPULATION OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures of counsel below, the parties hereby stipulate to the dismissal of this matter, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (as to Plaintiff Isaac Threatt) and Rule 41(a)(2) as it relates to this Court's Order Granting Defendant's Motion to Enforce Settlement Agreements in this matter as to Plaintiffs Cecil Carter and Marti Carter.

2

**AGREED AND CONSENTED TO:**

| **COUNSEL FOR DEFENDANT:** | **COUNSEL FOR PLAINTIFFS:** |
|---|---|
| s/RICHARD M. TUYN | s/BRIAN E. KONCIUS (w/permission) |
| RICHARD M. TUYN (P29091) | KATHLEEN L. BOGAS (P25164) |
| MARTIN C. BROOK (P55946) | BRIAN E. KONCIUS (P69278) |
| Ogletree, Deakins, Nash, Smoak & Stewart, PLLC | Law Offices of Kathleen L. Bogas, PLLC |
| Attorneys for Defendant | Attorneys for Plaintiffs |
| 33 Bloomfield Hills Parkway, Suite 120 | 31700 Telegraph Road, Suite 160 |
| Bloomfield Hills, Michigan 48304 | Bingham Farms, Michigan 48025 |
| (248) 593-6400 | (248) 502-5000 |
| richard.tuyn@ogletreedeakins.com | office@kbogaslaw.com |
| martin.brook@ogletreedeakins.com | |
| Dated: February 23, 2011 | Dated: February 23, 2011 |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CECIL CARTER, MARTI CARTER,
and ISAAC THREATT,

      Plaintiffs,

v.

      Case No. 09-cv-12868
      Judge Patrick J Duggan
      Magistrate Mona K. Majzoub

AMERITECH SERVICES, INC. d/b/a
AT&T MIDWEST SERVICES,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-entitled case is dismissed with prejudice and without costs.

THIS IS A FINAL ORDER WHICH DISPOSES OF ALL CLAIMS IN THE CASE.

      s/Patrick J. Duggan
      Patrick J. Duggan
      United States District Judge

Dated: February 23, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 23, 2011, by electronic and/or ordinary mail.

      s/Marilyn Orem
      Case Manager